# BAKER BOTTS L.L.P.

## MEMO ENDORSED

30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112-4498

TEL +1 212.408.2500
FAX +1 212.408.2501
BakerBotts.com

AUSTIN        LONDON
BEIJING       MOSCOW
BRUSSELS   **NEW YORK**
DALLAS        PALO ALTO
DUBAI          RIYADH
HONG KONG  SAN FRANCISCO
HOUSTON     WASHINGTON

May 1, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2020

Earl B. Austin
TEL: 212.408.2564
FAX: 212.259.2564
earl.austin@bakerbotts.com

VIA ECF
Hon. Valerie Caproni, USDJ
United States District Court, Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

Re:    *Obesity Action Coalition v. Aetna, Inc. d/b/a Aetna Better Health, Inc.*,
       Civil Case No. 1:19-cv-04557

Dear Judge Caproni:

We represent Defendants Aetna Inc. and Aetna Better Health, Inc. (collectively, "Aetna") in the above-referenced matter and write to provide a brief status update to the Court and request an additional 30-day stay of all pending deadlines in light of the parties' settlement negotiations.

On April 21, 2020, Aetna published a revised bariatric surgery policy that eliminates the specific time requirements of which Plaintiff Obesity Action Coalition ("OAC") complains. Counsel for OAC has informed me that he needs additional time to consult with his client regarding the policy change.

Accordingly, Aetna respectfully requests that:

(1) All deadlines remain stayed; and

(2) The parties be permitted to file a letter with the Court, on or before June 4, 2020, informing the Court as to the status of negotiations and whether a settlement has been reached.

OAC's counsel has advised Aetna that OAC consents to the above requests.

Respectfully submitted,

/s/ Earl B. Austin
Earl B. Austin

Application GRANTED.  The case will remain stayed.  The parties must file a letter by **June 4, 2020** indicating whether a settlement has been reached.
SO ORDERED.

*Valerie Caproni* (signature)

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE                    5/1/2020